COYLE & MORRIS LLP
201 Littleton Road, Suite 210
Morris Plains, NJ 07950
(973) 370-0592
jcoyle@coylemorris.com
John D. Coyle 029632001
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IMEELYN BACOSA, LAYTESSE CANTY-BLACKWELL, LISA PALMISANO, and LISA RIVERA, | Civil Action No. 2:22-cv-05839 (EP)(JRA) |
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| BRISTOL MYERS SQUIBB, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Imeelyn Bacosa, Laytesse Canty-Blackwell, Lisa Rivera, and Lisa Palmisano[1] and Defendant Bristol Myers Squibb, , by and through their respective attorneys, hereby stipulate and agree to dismiss the above-captioned matter in its entirety with prejudice, including all claims of Plaintiffs against Defendant, with Plaintiff and Defendant to bear their own costs and fees with respect to the claims of Plaintiff against Defendant.

| COYLE & MORRIS LLP<br>Attorneys for Plaintiffs | MORGAN, LEWIS & BOCKIUS LLP<br>Attorneys for Defendant |
|---|---|
| *s/ John D. Coyle*<br>JOHN D. COYLE | *s/ A. Klair Fitzpatrick*<br>A. KLAIR FITZPATRICK |
| Dated: May 31, 2023 | Dated: May 31, 2023 |

---

[1] The Court's March 1, 2023 Order stayed and compelled arbitration as to the claims asserted by Plaintiff Lisa Palmisano. Those claims have also been resolved and thus, this matter can be dismissed with prejudice as to all parties.

So ordered on this __1st__ day of __June_____, 2023.

_____

HON. EVELYN PADIN, U.S.D.J.